AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| INCARCERATED ENTERTAINMENT, LLC </br></br> *Plaintiff(s)* </br> v. </br></br> WARNER BROS. ENTERTAINMENT, INC.; </br> WARNER BROS. PICTURES, a division of WB </br> STUDIO ENTERPRISES, INC., et al. </br></br> *Defendant(s)* | Civil Action No. 6:16CV732-ORL-41KRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Todd Bunzl p/k/a Todd Phillips
3400 West Riverside Drive
Burbank, California, CA 91522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert H. Thornburg
E-Mail: rthornburg@addmg.com
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
1221 Brickell Avenue, Suite 2400
Miami, Florida 33131
Telephone: (305) 374-8303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/28/2016

*Signature of Clerk or Deputy Clerk*